Margaret Louise BALLARD, also known as Precious Jones, Plaintiff–Appellant,

v.

WALNUT CREEK MINING; Phillips Coal Company, also known as Phillips Petroleum Co.; Smith & Bratcher, Inc.; John Doe, Defendants–Appellees.

No. 03–51040

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 23, 2004.

Margaret Louise Ballard, Oakland, CA, pro se.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Margaret Ballard moves for permission to appeal in forma pauperis (IFP) the dismissal of her complaint for damages pursuant to 28 U.S.C. § 1915(e)(2)(B) as barred by the statute of limitations. Ballard's notice of appeal, however, was untimely filed, and the district court did not err in denying her motion to reopen the period for filing a notice of appeal. *See* FED. R.APP. P. 4(a)(6); *Latham v. Wells Fargo Bank, N.A.,* 987 F.2d 1199, 1202 (5th Cir.1993). We are therefore without jurisdiction to entertain her appeal. *See*

*United States v. Merrifield,* 764 F.2d 436, 437 (5th Cir.1985). Her IFP motion is therefore DENIED and the APPEAL DISMISSED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be